**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12

------------------------------------------------------------X
ABDULLAH MAMON,

              Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
------------------------------------------------------------X

10 CIVIL 8055 (NRB)

**JUDGMENT**

LEROY KIRKLAND,

              Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
------------------------------------------------------------X

10 CIVIL 8056 (NRB)

**JUDGMENT**

ENRIQUE PINO,

              Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
------------------------------------------------------------X

10 CIVIL 8067 (NRB)

**JUDGMENT**

JEFFREY WILLIAMS,

              Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

10 CIVIL 8231 (NRB)

**JUDGMENT**

Defendants.
------------------------------------------------------------------X
MATTHEW DUMMETT,

                Plaintiff,             10 **CIVIL** 8466 (NRB)

      -against-               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                                    Defendants.
------------------------------------------------------------------X
JAMES ROBINSON,

                Plaintiff,             11 **CIVIL** 175 (NRB)

      -against-               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                                    Defendants.
------------------------------------------------------------------X
MARVIS RIVERS,

                Plaintiff,             11 **CIVIL** 657 (NRB)

      -against-               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                                    Defendants.
------------------------------------------------------------------X
DAVID SHULER,

                Plaintiff,             10 **CIVIL** 9154 (NRB)

      -against-               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                                    Defendants.
------------------------------------------------------------------X

```
------------------------------------------------------------X
JAMES HILL,
                    Plaintiff,                    11 CIVIL 3454 (NRB)

        -against-                                    JUDGMENT

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                    Defendants.
------------------------------------------------------------X
DAQUAN JOHNSON,
                    Plaintiff,                    11 CIVIL 3639 (NRB)

        -against-                                    JUDGMENT

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                    Defendants.
------------------------------------------------------------X
LATIK SHORT,
                    Plaintiff,                    11 CIVIL 3706 (NRB)

        -against-                                    JUDGMENT

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                    Defendants.
------------------------------------------------------------X
MARIO ETIENNE,
                    Plaintiff,                    11 CIVIL 3821 (NRB)

        -against-                                    JUDGMENT

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
                    Defendants.
------------------------------------------------------------X
```

------------------------------------------------------------X
ANDRE GERARD,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

                Defendants.
------------------------------------------------------------X

11 **CIVIL** 4188 (NRB)

**JUDGMENT**

------------------------------------------------------------X
KELVIN GARCIA,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

                Defendants.
------------------------------------------------------------X

11 **CIVIL** 4413 (NRB)

**JUDGMENT**

------------------------------------------------------------X
ENRIQUE RODRIGUEZ,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

                Defendants.
------------------------------------------------------------X

11 **CIVIL** 4211 (NRB)

**JUDGMENT**

------------------------------------------------------------X
FRANCISCO RODRIGUEZ,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
------------------------------------------------------------X

11 **CIVIL** 4408 (NRB)

**JUDGMENT**

---------------------------------------------------------------X
LYNDA HICKS-BURNETT,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

                Defendants.
---------------------------------------------------------------X

11 **CIVIL** 5577 (NRB)

**JUDGMENT**

SAMUEL RAMOS,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

                Defendants.
---------------------------------------------------------------X

11 **CIVIL** 6047 (NRB)

**JUDGMENT**

JONATHAN GARCIA,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
---------------------------------------------------------------X

11 **CIVIL** 6602 (NRB)

**JUDGMENT**

EDWIN FUENTES,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,

              Defendants.
---------------------------------------------------------------X

11 **CIVIL** 6888 (NRB)

**JUDGMENT**

-----------------------------------------------------------------X
RICHARD LIRANZO,

              Plaintiff,                   11 **CIVIL** 6496 (NRB)

    -against-                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
              Defendants.
-----------------------------------------------------------------X
RICHARD RAMRATTAN,

              Plaintiff,                   11 **CIVIL** 6745 (NRB)

    -against-                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
              Defendants.
-----------------------------------------------------------------X
ALBERTO QUINTERO,

              Plaintiff,                   11 **CIVIL** 6486 (NRB)

    -against-                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, DORA B. SCHRIRO,
ROBERT A. CRIPPS, MICHAEL R. BLOOMBERG,
AND RAYMOND KELLY,
              Defendants.
-----------------------------------------------------------------X

      Defendants having moved to dismiss the complaints, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on January 26, 2012, having rendered its Memorandum and Order granting defendants' motion to dismiss, and dismissing the above-captioned cases without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 26, 2012, defendants' motion to dismiss is granted

and the above-captioned cases are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Memorandum and Order dated January 26, 2012 would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
January 27, 2012

RUBY J. KRAJICK
Clerk of Court

BY: *[signature]*
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____